Theresa M. Marchlewski (State Bar No. 82429)
JACKSON LEWIS LLP
725 S Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail: marchlet@jacksonlewis.com

Mitchell F. Boomer (State Bar No. 121441)
Suzanne Krkeyan (State Bar No. 229155)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415)394-9400
Facsimile: (415)394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: krkeyans@jacksonlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. as acquirer
of certain assets and liabilities of WASHINGTON MUTUAL
BANK from the FDIC acting as receiver (erroneously sued
herein as "WASHINGTON MUTUAL BANK")

Richard J. Meechan (State Bar No. 130956)
Law Offices of Richard J. Meechan
P.O. Box 369
703 2nd Street, Suite 308
Santa Rosa, California 95402-0369
Telephone: (707) 528-4409
Facsimile: (707) 52803381

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK and JP MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. DOES 1 through 20,<br><br>    Defendants. | Case No. CV-09-05592 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND SUBMIT CLAIMS TO BINDING ARBITRATION**<br><br>First Amended Complaint Filed: 10/16/09<br>Trial Date: None Set |

/ / /

/ / /

1
STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
AND SUBMIT CLAIMS TO ARBITRATON      Case No. CV-09-05592 SBA

**TO THE HONORABLE COURT:**

WHEREAS on June 9, 2007 and again on June 23, 2007, Plaintiff LEO HERRERA ("Plaintiff") signed a binding arbitration agreement, agreeing to arbitrate any dispute, claim or controversy arising out of his employment (or termination of employment) with his former employer, Washington Mutual Bank, and to submit the dispute to a neutral arbitrator.

WHEREAS on October 16, 2009, Plaintiff filed a First Amended Complaint ("Complaint") in state court against Defendant JPMORGAN CHASE BANK, N.A. as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK from the FDIC acting as receiver (erroneously sued herein as "WASHINGTON MUTUAL BANK") (hereinafter "Chase" or "Defendant"), alleging disability discrimination and related employment claims which was subsequently removed to this Court.

WHEREAS on February 1, 2010, Plaintiff advised Chase he agrees to submit this civil action to final and binding arbitration subject to a thirty (30) day stay of discovery in order to explore settlement.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Chase (collectively the "Parties) through their respective counsel of record:

1. This action be stayed pending the completion of arbitration;
2. The Parties will not submit this matter to arbitration until March 3, 2010 in order to allow the Parties to engage in settlement communications without incurring unnecessary fees and costs;
3. If the Parties have not resolved this matter before March 3, 2010 all issues in connection to this action and arising out of Plaintiff's First Amended Complaint shall be submitted to a mutually acceptable arbitrator pursuant to the binding arbitration agreement signed by Plaintiff. This stipulation to arbitrate does not affect Plaintiff's pending workers' compensation claims as to those benefits which traditionally fall within the workers' compensation system;

///

4. This Court maintain jurisdiction over this action for the purpose to confirm, correct, vacate or enforce any arbitration award.

IT IS SO STIPULATED:

Dated: February ___, 2010        LAW OFFICES OF RICHARD J. MEECHAN


                                 By: _____
                                     Richard J. Meechan

                                 Attorneys for Plaintiff
                                 LEO HERRERA

Dated: February ___, 2010        JACKSON LEWIS LLP

| | |
|---|---|
|By:| _____ |

Theresa M. Marchlewski
Mitchell Frederick Boomer
Suzanna Krkeyan

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. as acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK from the FDIC acting as receiver (erroneously sued herein as "WASHINGTON MUTUAL BANK")

## [PROPOSED] ORDER

Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered, that the terms of this Stipulation are approved and adopted, except that the Court will DISMISS and close the action to allow the parties to proceed with final and binding arbitration. In the event either party desires to move to confirm, correct or vacate any arbitration award, it may file a request to reopen the action and notice such motion for hearing, provided that such request is filed within six months from the date this Order is filed, unless such deadline is extended by further Order of this Court upon request by either party.

**IT IS SO ORDERED.**

Dated: 2/11/10

_____
Honorable Saundra B. Armstrong
United States District Court Judge